```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAMAR G. FORMAN                   :     CIVIL ACTION
                                  :
       v.                         :
                                  :
SGT. THOMAS FLAGG, et al.         :     NO. 03-1563
```

ORDER

AND NOW, this 17th day of July, 2003, upon consideration of the letter of counsel for plaintiff advising us that a settlement conference would likely be productive, it is hereby ORDERED that a settlement conference shall CONVENE on August 7, 2003 at 3:00 P.M. in Chambers (room 10613).

BY THE COURT:

_____
Stewart Dalzell, J.